1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**
9     **CENTRAL DISTRICT OF CALIFORNIA — WESTERN DISTRICT**
10
11   LINDA HOWARD,                      )        Case No. CV 07-1075-JWJ
12                    Plaintiff,        )
                                        )        JUDGMENT
13          vs.                         )
                                        )
14   MICHAEL J. ASTRUE,                 )
     Commissioner of the Social         )
15   Security Administration,           )
                                        )
16                    Defendant.        )
17   _____       )
18
19          **IT IS ADJUDGED** that Judgment be entered that the decision of the
20   Administrative Law Judge is affirmed.
21
22   DATED:  September 30, 2008
23
24                                        _____
                                                        /s/
25                                        JEFFREY W. JOHNSON
                                          United States Magistrate Judge
26
27
28